| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Antonio Manuel Garcia<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–3351<br>EIN: _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of New Jersey | | Date case filed for chapter: 7    5/31/18 |
| Case number: 18–21011–JKS | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Antonio Manuel Garcia | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 788 Madison Avenue<br>Paterson, NJ 07501 | |
| 4. | **Debtor's attorney**<br>Name and address | Wayne Allen Keller<br>87 Market Street<br>Paterson, NJ 07505 | Contact phone (973) 278–5291 |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald V. Biase<br>Biase Associates<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | Contact phone (973) 618–1008 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building <br> 50 Walnut Street <br> Newark, NJ 07102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 973–645–4764 <br><br> Date: 6/6/18 |
| **7.** | **Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 9, 2018 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/7/18** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-21011-JKS
Antonio Manuel Garcia                                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Jun 06, 2018
                             Form ID: 309A            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db           +Antonio Manuel Garcia,   788 Madison Avenue,   Paterson, NJ 07501-2409
517569773    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Best Buy,   PO Box 183195,   Columbus, OH 43218)
517569774     Capital One,   Po Box 302585,   Salt Lake City, UT 84130
517569776    +Citi Bank,   PO Box 4044,   Concord, CA 94524-4044
517569778     Credit One Bank,   PO Box 99873,   Las Vegas, NV 89193
517569781    +Excelcare Medical Assocaites,   PO Box 42964,   Philadelphia, PA 19101-2964
517569782    +First National Bank,   500 E 60th Street N,   Sioux Falls, NJ 57104-0478
517569783    +Greater Alliance,   359 Main Street,   Hackensack, NJ 07601-5806
517569784     Imaging Subspeacialist,   PO Box 64379,   Saint Paul, MN 55164
517569785    +Macy's,   PO Box 78008,   Phoenix, AZ 85062-8008
517569787     Shell,   PO Box 90001011,   Louisville, KY 40290
517569790     Walmart,   189 US Highway,   Wayne, NJ 07407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: wayneakeller@optonline.net Jun 07 2018 00:34:23     Wayne Allen Keller,
               87 Market Street,   Paterson, NJ   07505
tr           +E-mail/Text: dbiase@iq7technology.com Jun 07 2018 00:37:09     Donald V. Biase,
               Biase Associates,   110 Allen Road, Suite 304,   Basking Ridge, NJ 07920-4500
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517569772    +EDI: ARSN.COM Jun 07 2018 11:51:00     ARS National Services,   PO Box 469100,
               Escondido, CA 92046-9100
517569775    +EDI: CHASE.COM Jun 07 2018 11:59:00     Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517569777    +EDI: WFNNB.COM Jun 07 2018 11:59:00     Comenity Capital Bank,   PO Box 183003,
               Columbus, OH 43218-3003
517569780     EDI: DISCOVER.COM Jun 07 2018 11:58:00     Discover Financial Services,   Po Box 15316,
               Wilmington, DE 19850
517569779    +EDI: DISCOVER.COM Jun 07 2018 11:58:00     Discover,   PO Box 71084,   Charlotte, NC 28272-1084
517569786    +EDI: MID8.COM Jun 07 2018 11:58:00     Midland Funding,   2365 Northside Dr # 300,
               San Diego, CA 92108-2709
517569238    +EDI: RMSC.COM Jun 07 2018 12:00:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517569788    +EDI: RMSC.COM Jun 07 2018 12:00:00     Synchrony Bank/JC Penny,   PO Box 965007,
               Orlando, FL 32896-5007
517569789    +EDI: WFNNB.COM Jun 07 2018 11:59:00     Total Rewards,   Po Box 659584,
               San Antonio, TX 78265-9584
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 06, 2018
                              Form ID: 309A            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
          Donald V. Biase    dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Wayne Allen Keller    on behalf of Debtor Antonio Manuel Garcia wayneakeller@optonline.net,
           wayneakeller@optonline.net;guardianangels_05@yahoo.com

                                                                                     TOTAL: 3